IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1330-AP**

**AM MEANG,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

The Motion to Dismiss (doc. #8), filed October 20, 2006, is **GRANTED**.  It is

**ORDERED** that this case is **DISMISSED**, the parties to bear their own costs and

attorney fees.

Dated this 20th day of October, 2006.

        BY THE COURT:

        S/John L. Kane
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT